IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHERRI A. KEMP, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-01661-GEB-DAD |
| | ) | |
| v. | ) | <u>ORDER VACATING PORTION OF</u> |
| | ) | <u>STATUS (PRETRIAL SCHEDULING)</u> |
| AMERICAN HOME MORTGAGE SERVICING, | ) | <u>ORDER DISMISSING KATHLEEN</u> |
| INC.; H&R BLOCK MORTGAGE | ) | <u>MARIE ALDRIDGE AS A DEFENDANT</u> |
| CORPORATION; OPTION ONE MORTGAGE | ) | <u>UNDER RULE 4(M)</u> |
| CORPORATION; HOWARD RANDOLPH; | ) | |
| KATHLEEN MARIE ALDRIDGE, | ) | |
| | ) | |
| Defendants. | ) | |

On November 12, 2009 this Court issued a status (pretrial scheduling) order ("November 12 Order") that included a ruling under Federal Rule of Civil Procedure 4(m) dismissing Defendant Kathleen Marie Aldridge ("Aldridge") as a Defendant, since Plaintiff failed to serve Aldridge within 120 days of the filing of Plaintiff's complaint.

However, in reviewing the Docket in connection with another matter, the Judge learned that Aldridge should not have been dismissed since before dismissal she had participated in this case. Therefore, the ruling dismissing Alridge as a defendant is vacated *nunc pro tunc*.

Dated: February 2, 2010

GARLAND E. BURRELL, JR.
United States District Judge

1